# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

LYNDA DRAPER,            ) Case No.: 2:16-CV-01754-WBS-AC
                         )
    Plaintiff,          ) **ORDER**
                         )
  v.                     )
                         )
CITY OF MODESTO and Does 1-10, )
Inclusive,               )
                         )
    Defendants.         )

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days, and no later than April 25, 2017, or a Joint Status Report if the case has not been dismissed by that date. The Court resets the Scheduling Conference for **May 8, 2017 at 1:30 p.m., in Courtroom 5 (WBS)**, at which time the parties, by and through their attorneys of record shall show cause why this case is not dismissed. The hearing will be automatically vacated and no appearance shall be required upon the Court's receipt of the stipulated dismissal.

**IT IS SO ORDERED.**

**Dated: February 24, 2017**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE